ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY -3 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

05-00016

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. _____ |
| Plaintiff, | **INFORMATION** |
| vs. | IMPROPER ENTRY BY ALIEN [8 U.S.C. § 1325 (a)(3)] (Misdemeanor) |
| JOON HYUN HA, Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about April 24, 2005, in the District of Guam, the defendant herein, JOON HYUN HA, an alien, did unlawfully and knowingly attempt to enter and obtain entry to the United States by a willfully false and misleading representation, and the willful concealment of a material fact, to-wit, the defendant applied as a tourist under the Guam Visa Waiver program and presented one Form I-736, Guam Visa Waiver Information, in order to obtain entry and which document the defendant knew contained a willfully false and misleading representation and the willful concealment of a material fact, in that the defendant falsely represented that no grounds

existed to exclude him from the United States, when the defendant in fact knew that he had previously been arrested and convicted of an offense, and deported from the United States to Korea, all in violation of Title 8, United States Code, Section 1325(a)(3).

RESPECTFULLY SUBMITTED this 2nd day of May 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *[signature]*
MARIVIC P. DAVID
Assistant U.S. Attorney