
**FILED**
DISTRICT COURT OF GUAM
MAY -3 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>**JOON HYUN HA,**<br><br>　　　　　Defendant. | MAGISTRATE CASE NO. **05-00016**<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 3rd day of May, 2005.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, Magistrate Judge
　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT OF GUAM