DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**
SENTENCING


FILED
DISTRICT COURT OF GUAM
MAY -3 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MG-05-00016          DATE: 05/03/2005          TIME: 10:46 A.M.
Related Case No. MG-05-00015

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge          Law Clerk: Judith Hattori
Official Court Reporter: Wanda Miles          Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded -RUN TIME: 10:46:03 - 11:22:32          CSO: B. Pereda

* * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * *

**DEFT:** JOON HYUN HA          **ATTY:** KIM SAVO
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.          ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID          **AGENT:** ROB ROBERTSON, Bureau of Immigration and Customs Enforcement

**U.S. PROBATION:** CHRIS DUENAS

**U.S. MARSHAL:** S. LUJAN

**INTERPRETER:** HEE-JUNG WON, Previously sworn

**PROCEEDINGS:** INITIAL APPEARANCE / INFORMATION / PLEA / SENTENCING

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: FEDERAL PUBLIC DEFENDER, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: Born 1973     HIGH SCHOOL COMPLETED: High School Graduate
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: IMPROPER ENTRY BY AN ALIEN
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: MAY 3, 2005   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( X ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Parties stipulated to waive the presentence report. Joint recommendation to the Court by parties to impose a sentence of time served, $3,000 fine, $10 special assessment fee and one year of unsupervised release. Defense requested that the $10 special assessment be paid from the money confiscated from Immigration and that the $3,000 fine be paid to the Court no later than Friday, May 6, 2005. Government had no objection. GRANTED. The Government moved to dismiss Magistrate Case No. 05-00015. GRANTED. The Court imposed sentence.

SENTENCE:  MG-05-00016                                        DEFENDANT: JOON HYUN HA

( X )   DEFENDANT SENTENCED TO A TERM OF <u>TIME SERVED</u>.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>ONE YEAR</u>.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL OFFENSE.

2. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

3. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES AND SHALL SUBMIT TO ONE URINALYSIS WITHIN 15 DAYS AFTER RELEASE FROM IMPRISONMENT AND TO TWO MORE URINALYSIS THEREAFTER.

5. PURSUANT TO 18 U.S.C. § 3583(d), THE DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS IN ACCORDANCE WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT, 8 U.S.C. §1101 ET SEQ. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, THE DEFENDANT SHALL REMAIN OUTSIDE THE UNITED STATES AND SHALL NOT RE-ENTER WITHOUT THE PERMISSION OF THE U.S. ATTORNEY GENERAL. IF DEPORTATION FAILS TO OCCUR AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, HE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HIS TERM OF SUPERVISED RELEASE.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $10.00 TO BE PAID FROM THE MONEY CONFISCATED BY THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT AND A FINE OF $3,000.00 NO LATER THAN FRIDAY, MAY 6, 2005.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED.  DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.