HA_JoonHyun.stp

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY -3 2005 *mbc*
MARY L.M. MORAN
CLERK OF COURT

⑤

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CRIMINAL CASE NO. 05-00016 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER FOR PAYMENT OF SPECIAL ASSESSMENT FEE AND FINE |
| JOON HYUN HA, | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, UNITED STATES OF AMERICA, and Defendant JOON HYUN HA, by and through their respective counsel, hereby stipulate and move, pursuant to 18 U.S.C. Section 3572(d), for an Order requiring the Bureau of Immigration and Customs Enforcement to pay to the Clerk, United States District Court of Guam, the amount of $ 10.00 in satisfaction of the $ 10.00 special assessment fee assessed against the Defendant, JOON HYUN HA, and in support states as follows:

1. At the time of the Defendant's arrest, approximately $8,000.00 in United States currency was seized from him and a balance of $200.00 is currently in the possession of the Bureau of Immigration and Customs Enforcement ("BICE"), [Exhibit "A"].

//

//

2. 18 U.S.C. § 3572(d) provides that: "A person sentenced to pay a fine or other monetary penalties shall make such payment immediately, unless, in the interest of justice, the court provides for payment on a date certain or in installment."

3. The United States requests that, from said funds in the custody of the BICE, an amount of $ _10.00_ be paid to the Clerk, United States District Court of Guam, in full satisfaction of the special assessment fee assessed against Defendant at his sentencing on _5/3/05_, and the remaining balance to be returned to defendant.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Defendant JOON HYUN HA intends to pay the $3,000.00 fine, if any, by cashier's check or money order which defendant's father has agreed to send via DHL or Federal Express or the U.S. Postal Express.

RESPECTFULLY SUBMITTED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 5/3/05   By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 5/3/05   /s/
KIM SAVO
Attorney for Defendant

# ORDER

The Bureau of Immigration and Customs Enforcement shall deposit to the Clerk, United States District Court of Guam, the amount of $10.00 that was obtained from Defendant, JOON HYUN HA, upon his arrest in full satisfaction of the $10.00 special assessment fee assessed against Defendant at sentencing on May 3, 2005. The $3,000.00 fine, if any, shall be paid by Defendant.

SO ORDERED AND APPROVED this 3rd day of May, 2005.

/s/ JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
MAY - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-

Case 1:05-mj-00016   Document 5   Filed 05/03/2005   Page 3 of 5



**Property Receipt** (two copies)

Left receipt (No. 1659060):
- ) A45 805 614 (
- Facility: AGA
- Date: 4/24/2005
- Name: HA, Joonhyun

| Quantity | Description |
|---|---|
|  | U.S. Dollar Traveler's checks (One Thousand dollar each) |
|  | Yellow in color ring w/white stone |
|  | — Last Item — |

Right receipt (No. 1659062):
- ) A45 805 614 (
- Facility: AGA
- Date: 4/24/2005
- Name: HA, Joonhyun

| Quantity | Description |
|---|---|
| 1 | Black/Gray cellular phone |
| 1 | Red/Gray cellular phone |
| 1 | LOTTE Card VISA 7003 |
| 1 | Hyundai Oilbank VISA 5383 |
| 1 | Everland Pass Card VISA 3023 |
| 1 | Woori Bank Cash Card |
| 1 | KB Cash Card |
| 1 | LOTTE department star Credit Card |
| 3 | white stones attached to Black cellphone |
|  | — Last Item — |



EXHIBIT A

U.S. Department of Justice
Immigration and Naturalization Service

# Property Receipt

| Facility: AGA | | Date: 4/24/2005 |
|---|---|---|
| Name: HA, Joon Kyun | | |

| Quantity | Description | |
|---|---|---|
| 31 | Korean Currency (Ten thousand won notes) | |
| 2 | Korean Currency (One thousand won notes) | |
| 5 | Korean Currency (Five hundred won coins) | |
| 20 | Korean Currency (One hundred won coins) | |
| 1 | Korean Currency (Fifty won coin) | |
| 4 | Korean Currency (Ten won coins) | |
| | Lost Item | |

By: _____
Detention Officer

X _____
Detention Officer

*Original*
Form G-589 (Rev. 2-1-85) N

No. 1659961