DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES
SENTENCING
(*AMENDED*)


FILED
DISTRICT COURT OF GUAM
JUN - 9 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MG-05-00016          DATE: 05/03/2005          TIME: 10:46 a.m.
Related Case No. MG-05-00015

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**                Law Clerk: Judith Hattori
Official Court Reporter: Wanda Miles                                                          Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded -RUN TIME: 10:46:03 - 11:22:32                         CSO: B. Pereda
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: JOON HYUN HA**                                                                  **ATTY: KIM SAVO**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.                    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                                           AGENT: ROB ROBERTSON, Bureau of Immigration and
                                                                                                      Customs Enforcement
U.S. PROBATION: CHRIS DUENAS
                                                                                                      U.S. MARSHAL: S. LUJAN
INTERPRETER: HEE-JUNG WON, Previously sworn

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROCEEDINGS:    INITIAL APPEARANCE / INFORMATION / PLEA / SENTENCING**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: FEDERAL PUBLIC DEFENDER , ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: Born 1973      HIGH SCHOOL COMPLETED: High School Graduate
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE       ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*   ( ) *NOT GUILTY* - TO: IMPROPER ENTRY BY AN ALIEN
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: MAY 3, 2005    PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( X ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT
NOTES:

Parties stipulated to waive the presentence report. Joint recommendation to the Court by parties to impose a sentence of time served, $3,000 fine, $10 special assessment fee and one year of unsupervised release. Defense requested that the $10 special assessment be paid from the money confiscated from Immigration and that the $3,000 fine be paid to the Court no later than Friday, May 6, 2005. Government had no objection. GRANTED. The Government moved to dismiss Magistrate Case No. 05-00015. GRANTED. The Court imposed sentence.

SENTENCE: MG-05-00016                                      DEFENDANT: JOON HYUN HA

( X )   DEFENDANT SENTENCED TO A TERM OF <u>TIME SERVED</u>.

( X )   DEFENDANT IS PLACED ON UNSUPERVISED RELEASE FOR A TERM OF <u>ONE YEAR</u> WITH STANDARD CONDITIONS.

UPON SENTENCING, PURSUANT TO 18 U.S.C. § 3583(d), THE DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS IN ACCORDANCE WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT, 8 U.S.C. §1101 ET SEQ. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, THE DEFENDANT SHALL REMAIN OUTSIDE THE UNITED STATES AND SHALL NOT RE-ENTER WITHOUT THE PERMISSION OF THE U.S. ATTORNEY GENERAL.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $10.00 TO BE PAID FROM THE MONEY CONFISCATED BY THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT AND A FINE OF $3,000.00 NO LATER THAN FRIDAY, MAY 6, 2005.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.